UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAMES HARTFIELD,                          )
                                          )
            Plaintiff,                    )
                                          )
      vs.                                 )          Case No. 4:16-CV-763 (CEJ)
                                          )
3M COMPANY, et al.,                       )
                                          )
            Defendants.                   )

## MEMORANDUM

Before the Court is the plaintiff's "Emergency Motion to Remand and For Attorneys' Fees." After careful consideration, the Court finds that the facts and information submitted by plaintiff do not justify expedited briefing of the motion. Therefore, the normal deadlines for filing a response to the motion for remand and a reply to the response will not be altered.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2016.